FILED

2016 MAY 11 AM 10: 3*

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: ___LAW___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Hugh Dunkerley

DEFENDANT(S).

CASE NUMBER

**SA16-243M**

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

---

The above-named defendant was charged by: _FBI_
in the _Southern_ District of _New York_ on _05/09/2016_
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title _15 / 17 /18_ U.S.C., Section(s) _78j(b) : 78ff / 240.10b-5 / 2:371_
to wit: _____

A warrant for defendant's arrest was issued by: _Hon. Sarah Netburn_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _5-11-16_, by

_Lori Wagers_, Deputy Clerk.

_[signature]_                                  _Timothy A. Jackay II_
Signature of Agent                              Print Name of Agent

_FBI_                                           _Special Agent_
Agency                                          Title

---

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT