FILED
2016 MAY 11 AM 10: 3
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Hugh Dunkerley
**PLAINTIFF** / **DEFENDANT**

CASE NUMBER: 16 MJG 2978   SA16-243M

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/11/2016  6:05  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   15 USC 78j(b) / 78ff   17 USC 240.10b-5   18 USC 2: 371

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: ___

7. Year of Birth: 1973

8. Defendant has retained counsel:  ☐ No   ☒ Yes   Name: Wayne Gross   Phone Number: 949-383-2800

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): ___

11. Name: Timothy Jacoby   (please print)

12. Office Phone Number: 714-939-3242   13. Agency: FBI

14. Signature: /s/ Timothy G. Jacoby II   15. Date: 05/11/16

CR-64 (2/14)                         REPORT COMMENCING CRIMINAL ACTION