# United States Pretrial Services

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

Defendant's name: Dunkerley, Hugh David Percival

Name on passport, if different:

Country of origin: United Kingdom of Great Britain & Northern Ireland

Date passport issued: 9/5/11

Expiration date of passport: 9/5/21

Ordered by court in the Central District of California or Santa Ana, Ca (district)

Docket Number: 8:16-243M

Surrendered by and date (print and sign): *Hugh Dunkerley*
HUGH DUNKERLEY   5/12/16

Received by and date (print and sign): Stacey Bambs on 5/12/16

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 2/10/14

[ ] HQ & Supervision Unit        [ ] Investigation Unit        [ ] Santa Ana Branch        [ ] Riverside Branch

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489