WAYNE R. GROSS, State Bar No. 138828
 *WGross@GGTrialLaw.com*
ADAM M. SECHOOLER, State Bar No. 293860
 *ASechooler@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendant Hugh Dunkerley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Hugh Dunkerley,<br><br>            Defendant. | Case No. 8:16-MJ-00243<br><br>**ORDER CONTINUING DATE BY WHICH CONDITIONS OF BOND MUST BE MET AND POSTED AND MODIFYING BOND CONDITIONS**<br><br>Filed Concurrently with Stipulation to Extend Deadline To Post Bond<br><br>Judge:  Hon. Douglas F. McCormick |

1  IT IS HEREBY ORDERED THAT the deadline for Defendant Hugh
2  Dunkerley ("Defendant") to meet the conditions of the bond, as set out in the
3  Release Order and Bond Form (Dkt. 3), and for the bond to be posted is continued
4  until Monday, June 6, 2016.
5  It is further ordered that Defendant's bond is modified to allow the Defendant
6  to post either a $200,000 cash collateral bond or an Affidavit of Surety With
7  Justification With Full Deeding of Property worth $200,000.

9  IT IS SO ORDERED.

11  DATED:  May 26, 2016

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

-1-  Case No. 8:16-MJ-00243
[PROPOSED] ORDER CONTINUING DATE BY WHICH CONDITIONS OF BOND
MUST BE MET AND POSTED