# United States Pretrial Services

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
6/6/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LW___ DEPUTY

George M. Walker
Chief U.S. Pretrial Services Officer



Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

June 6, 2016

United States Clerk's Office
Ronald Reagan Federal Building
and United States Courthouse
Santa Ana, California 92701

**Re: Release Order Authorization**
**Defendant: Hugh David Dunkerley**
**Docket #: 8:16-00243M-001**

To Whom it May Concern:

On May 11, 2016, the above-named defendant appeared before Magistrate Judge Douglas F. McCormick, at which time, Pretrial Services Supervision was ordered to include the following condition: **RELEASE TO PRETRIAL SERVICES ONLY,** for electronic monitoring installation. The defendant was released on Location Monitoring and has been supervised by our office since May 11, 2016.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Stacey L. Barrios
Sr. U.S. Pretrial Services Officer
(714) 338-4561

[ ] HQ & Supervision Unit    [ ] Investigation Unit    [X] Santa Ana Branch    [ ] Riverside Branch

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489